UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X   07CV1577(AKH)
JOSE CALLE AND DAMARIS CALLE,

                           Plaintiffs,

      - against --

                                                                ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/ABMS CAT, BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., DEPARTMENT OF BUSINESS SERVICES,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL,
INC., STRUCTURE TONE (UK) INC., STRUCTURE TONE GLOBAL SERVICES,
INC., TOSCORP INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC.,
WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P.,
WFP TOWER BCO. G.P. CORP., WFP TOWER B HOLDING CO. I L.P., AND WFP
TOWER B. CO. L.P., ET AL
                                          Defendants.
------------------------------------------------------------------------X

     PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
       Heather L. Smar (4622)