UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
JOSE CALLE and wife DAMARIS CALLE

                          Plaintiffs,           Index No.: 07 CV 1577

      -against-

RELATED BPC ASSOCIATES, INC.,                   **NOTICE OF**
RELATED MANAGEMENT CO., L.P.,                   **APPEARANCE**
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC. and              **ELECTRONICALLY**
LIBERTY VIEW ASSOCIATES, L.P.,                  **FILED**

                          Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
           January 23, 2008


                                      LONDON FISCHER LLP

                 By:   _____
                                Gillian Hines Kost (GK-2880)
                                59 Maiden Lane
                                New York, New York 10038
                                Phone: (212) 972-1000
                                Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance