UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X   07CV1577(AKH)
JOSE CALLE AND DAMARIS CALLE,

                       Plaintiffs,

    - against –                                      AMENDED ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/ABMS CAT, BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LIBERTY VIEW ASSOCIATES, LP,
MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., RY MANAGEMENT, CO. INC.,
RELATED BPC ASSOCIATES INC., RELATED MANAGEMENT CO. LP,
RY MANAGEMENT,  STRUCTURE TONE (UK) INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE RELATED COMPANIES, LP, THE RELATED
REALTY GROUP INC.,TOSCORP INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WFP TOWER BCO. G.P. CORP., WFP TOWER B HOLDING
CO. I L.P., AND WFP TOWER B. CO.  L.P., ET AL
                       Defendants.

------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint

dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 7, 2008

                Yours, etc.

                FRIEDMAN, HARFENIST, LANGER & KRAUT
                Attorneys for Defendant –Envirotech
                3000 Marcus Avenue, Suite 2E1
                Lake Success, New York 11042
                (516) 775-5800

                BY: _____
                      Heather L. Smar (4622)